

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00591-CR

The **STATE** of Texas,
Appellant

v.

Sylvia **MATA**,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 613535
Honorable Tommy Stolhandske, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED December 23, 2020.

_____
Irene Rios, Justice